# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CSX Transportation, Inc.**
500 Water Street
Jacksonville, FL 32202-4423
         **Plaintiff,**

v.

**Ace Iron & Metal Company, Inc.**
1662 Williams Rd
Columbus, OH 43207
         **Defendant.**

**CASE NO**:

## COMPLAINT

Plaintiff CSX Transportation, Inc. ("CSX"), by and through its attorneys, files this Complaint against defendant Ace Iron & Metal Company, Inc. ("AIMC") and, in support thereof, avers as follows:

## PARTIES

1. Plaintiff, CSX is a corporation organized under the laws of the Commonwealth of Virginia, with its principal place of business in Jacksonville, Florida.

2. CSX operates as an interstate rail carrier subject to the jurisdiction of the U.S. Surface Transportation Board ("STB"), and is governed by the provisions of the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq*.

3. Defendant, AIMC is an Ohio corporation with its principal place of business in Columbus, Ohio.

## JURISDICTION

4. Jurisdiction is based upon 28 U.S.C § 1337 as this is a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §10101, *et seq*., and specifically 49 U.S.C. § 10746.

## VENUE

5. Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1391(b) because AIMC resides in this judicial district and a substantial part of the events or omissions giving rise to CSX's cause of action occurred within this district.

## CAUSE OF ACTION
### Failure to Pay Demurrage Charges

6. Pursuant to 49 U.S.C. § 10746, CSX established rules related to the assessment and computation of rail car demurrage charges.

7. The rules which set forth the manner in which demurrage charges are accrued and assessed are set out in CSX's tariffs, which are public tariffs posted on the internet.

8. Between 2014 and the present, CSX agreed to and did release rail cars into the possession of AIMC, and AIMC received and accepted delivery of said rail cars pursuant to the terms of CSX's rail car demurrage tariffs.

9. Prior to the delivery of the aforementioned cars, CSX provided AIMC with actual notice of the terms of CSX's demurrage tariff, CSXT 8100.

10. Between 2014 and the present, AIMC failed to return possession of the rail cars to CSX within the allotted "free time" prescribed by the demurrage tariff, and as a result accrued demurrage and related charges in accordance with the terms of the governing tariff.

11. AIMC accrued demurrage and related charges totaling an amount not less than $40,920 (the "Demurrage Charges").

12. CSX submitted invoices to AIMC for the Demurrage Charges.

13. CSX has performed all conditions precedent necessary to be entitled to payment of the Demurrage Charges from AIMC.

14. Although demand has been made for payment of the Demurrage Charges, AIMC has failed and/or refused to pay said charges.

**WHEREFORE**, Plaintiff CSX Transportation, Inc. respectfully demands that judgment be entered in its favor and against Defendant Ace Iron & Metal Company, Inc. in an amount not less than $40,920, along with such further demurrage that may accrue up until the time of trial, plus prejudgment interest and finance charges which accrue up until the time of trial, together with costs, attorneys' fees as required by CSX's Conditions of Carriage and other tariffs, and such other relief as the Court may allow.

Respectfully submitted,

*/s/ Robert C. Perryman*
Brandon Abshier (0083305)
Robert C. Perryman (0088797)
**ISAAC WILES BURKHOLDER & TEETOR, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: (614) 221-2121
Fax: (614) 221-5692
*babshier@isaacwiles.com*
*rperryman@isaacwiles.com*
*Attorneys for CSX Transportation, Inc.*

**Of Counsel**

Christopher J. Merrick
**KEENAN COHEN & MERRICK P.C.**
125 Coulter Ave, Suite 1000
Ardmore, PA 19003
Phone: (215) 609-1110
Fax: (215) 609-1117

cmerrick@freightlaw.net

*Attorneys for CSX Transportation, Inc.*

Dated: March 23, 2018

4242364.1 : 07202 00028